BENJAMIN H. WAGNER
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2722



FILED

AUG   4 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

7534 Old Auburn Road,          )      Misc no. 2 1 0 - S W - - 3 3 0  KJN
Citrus Heights, California     )
                               )            ORDER
        [sealed]               )
_____)

    For the reasons set forth in the declaration of SSA David

Lombardi, the Court hereby orders that the affidavit to the Search

Warrant, the relevant face pages, as well as this Application for

Sealing Order, and order, are sealed.  They shall remain sealed

until the arrest of the first defendant, or by further order of

the court, whichever comes first.

DATED:  July 21ˢᵗ , 2010

                                  _____
                                  HON.  KENDALL J.  NEWMAN
                                  U.S. Magistrate Judge