1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7



FILED

SEP - 4 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  IN RE Search Warrants.              CASE NOS.  2:10-SW-00119 DAD;
                                                   2:10-SW-00120 DAD;
12                                                 2:10-SW-00121 DAD; AND
                                                   2:10-SW-00330 KJN:

13                                      [~~PROPOSED~~] ORDER TO UNSEAL SEARCH
                                        WARRANTS
14

15

16      The Court hereby orders that the search warrants, supporting affidavit, and applications in Case

17  Nos. 2:10-sw-00119 DAD; 2:10-sw-00120 DAD; 2:10-sw-00121 DAD; and 2:10-sw-00330 KJN:, as

18  well as the Petition to Seal, and the Order sealing these documents, shall be unsealed and made part of

19  the public record.

20

21  DATED: 9/4/2015

22                                              _____
23                                              HON. KENDALL J. NEWMAN
24                                              United States Magistrate Judge

ORDER RE: REQUEST TO UNSEAL                    1